IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO. 4:20-CR-00077-M

UNITED STATES OF AMERICA,
    Plaintiff,

v.

KAMORI DONTAE KEYS,
    Defendant.

**ORDER**

Upon motion of the Defendant and for good cause shown, it is hereby ORDERED that Defendant's proposed sealed filing made on May 11, 2021, at Docket Entry 39 be sealed until further order of the court. It is further ORDERED that the Clerk of Court provide a copy of the sealed filing to counsel for the Government and Defendant.

SO ORDERED this the 12TH day of May, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE